UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH TARTAKOW,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　　Defendant. | Case No.: CV 17-5324-DMG (AFMx)<br><br>ORDER FOR DISMISSAL OF ENTIRE ACTION [19] |

**IT IS HEREBY ORDERD** that pursuant to the parties' stipulation and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

DATED: March 27, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE